1 | Timothy T. Scott (SBN 126971)
tscott@sidley.com
2 | Geoffrey M. Ezgar (SBN 184243)
gezgar@sidley.com
3 | Paul L. Yanosy (SBN 233014)
pyanosy@sidley.com
4 | SIDLEY AUSTIN LLP
555 California Street
5 | San Francisco, California 94104
Telephone: (415) 772-1200
6 | Facsimile: (415) 772-7400

7 | Paul E. Kalb, M.D.
SIDLEY AUSTIN LLP
8 | 1501 K Street, N.W.
Washington, D.C. 20005
9 | Telephone: (202) 736-8000
Facsimile: (202) 736-8711

11 | Nina M. Gussack
Andrew R. Rogoff
PEPPER HAMILTON LLP
12 | 3000 Two Logan Square
Eighteenth and Arch Streets
13 | Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
14 | Facsimile: (215) 981-4750

15 | Attorneys For Defendant
ELI LILLY AND COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA *ex rel.* JAYDEEN VICENTE and JAYDEEN VICENTE Individually,<br><br>Relators,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | Case No. 07-cv-04911-CRB<br><br>Assigned to: Hon. Charles R. Breyer<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE** |

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the hearing dates on Lilly's Motion to Dismiss, Lilly's Motion to Stay and Relator's Motion to Remand be continued to 12/21/07 at 10:00a.m.

Dated: December 5, 2007  _____
Honorable Charles Breyer
United States District Judge



---

**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE**
**CASE NO. 07-CV-04911-CRB**

SF1 1478968v.1